**Malloy AARON**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

May 31, 1974.

James A. Hicks, Albany, for appellant.

Ed W. Hancock, Atty. Gen., Carl Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**John RENEER**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

May 31, 1974.

John Reneer, pro se.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Janice Marie HENDERSON**

v.

**COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

May 31, 1974.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Buford Ray STAMPER, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

William G. Reed, Jonesville, for appellant.

Ed W. Hancock, Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.